```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 03288
    PATRICIA A NEWSON BUTLER
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-7334

-----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      The case was filed on 02/02/2005 and was confirmed 03/23/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 09/11/2007.
-----------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
-----------------------------------------------------------------------------
MIDFIRST BANK               CURRENT MORTG         .00             .00            .00
MCI                         NOTICE ONLY    NOT FILED              .00            .00
GFS MARKETPLACE             NOTICE ONLY    NOT FILED              .00            .00
FLEET CREDIT CARD SERVIC    UNSEC W/INTER  NOT FILED              .00            .00
GENERAL FOOD SERVICES       UNSEC W/INTER  NOT FILED              .00            .00
J C PENNEY                  UNSEC W/INTER  NOT FILED              .00            .00
MCI                         UNSEC W/INTER  NOT FILED              .00            .00
SEARS ROEBUCK & CO          UNSEC W/INTER  NOT FILED              .00            .00
SEARS ROEBUCK & CO          UNSEC W/INTER  NOT FILED              .00            .00
RESURGENT ACQUISITION LL    UNSEC W/INTER    2799.90           249.56        2799.90
MIDFIRST BANK               MORTGAGE ARRE    1044.57              .00        1044.57
ASSET ACCEPTANCE CORP       UNSEC W/INTER     313.46            29.54         313.46
ASSET ACCEPTANCE CORP       UNSEC W/INTER      58.24             6.06          58.24
RESURGENT ACQUISITION LL    UNSEC W/INTER    1530.29           143.39        1530.29
MIDFIRST BANK               NOTICE ONLY    NOT FILED              .00            .00
RESURGENT ACQUISITION LL    UNSECURED            .00              .00            .00
LEGAL HELPERS PC            DEBTOR ATTY     2,200.00                         2,200.00
TOM VAUGHN                  TRUSTEE                                            469.16
DEBTOR REFUND               REFUND                                             255.83

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                9,100.00

PRIORITY                                             .00
SECURED                                         1,044.57
UNSECURED                                       4,701.89
    INTEREST                                      428.55
ADMINISTRATIVE                                  2,200.00
TRUSTEE COMPENSATION                              469.16

                      PAGE   1 - CONTINUED ON NEXT PAGE
             CASE NO. 05 B 03288 PATRICIA A NEWSON BUTLER
```

```
DEBTOR REFUND                                                    255.83
                                       ----------------  ----------------
TOTALS                                        9,100.00          9,100.00
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 12/27/07                         /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE